IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| YOLANDA ROBINSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 13-602 |
| v. | ) |
| | ) Honorable John E. Jones, III |
| COMCAST CORPORATION | ) |
| and LIBERTY MUTUAL, | ) |
| | ) |
| Defendants. | ) |

**STIPULATION TO DISMISS COMCAST CORPORATION AND LIBERTY MUTUAL AND TO SUBSTITUTE LIBERTY LIFE ASSURANCE COMPANY OF BOSTON AS DEFENDANT**

Now come Plaintiff Yolanda Robinson and Defendant Liberty Mutual, by and through their undersigned counsel, and stipulate as follows:

1. Plaintiff's claim for disability benefits is asserted under a group disability income policy issued by Liberty Life Assurance Company of Boston ("Liberty Life") to Plaintiff's employer, Comcast Corporation.

2. Having examined the claim file and the applicable group insurance policy, the parties agree that to the extent Plaintiff seeks benefits under the policy, Liberty Life is the entity responsible for paying benefits that may be due.

3.       Based on the agreement reflected in paragraph 2 above, the parties stipulate that Comcast Corporation be dismissed as a defendant without prejudice.

4.       The parties further stipulate that Liberty Life shall be substituted as a defendant, and that Liberty Mutual be dismissed as a defendant without prejudice. The parties also agree that Liberty Life shall file its response to the Complaint on or before May 6, 2013, which is the current due date for responses by Comcast Corporation and Liberty Mutual.

5.       A proposed order is attached hereto for the Court's consideration.

| | |
|---|---|
| s/ Ronald T. Tomasko | s/ James P. Hollihan |
| Ronald T. Tomasko, Esq. | James P. Hollihan, Esq. |
| Pa. I.D. No. 61190 | Pa. I.D. No. 33266 |
| James Smith Dietterick & Connelly LLP | Duane Morris LLP |
| P.O. Box 650 | 600 Grant Street, Suite 5010 |
| Hershey, PA 17033 | Pittsburgh, PA 15219 |
| (717) 533-3280 | (412) 497-1040 |
| | |
| Attorney for Plaintiff, | Attorneys for Defendant, |
| Yolanda Robinson | Liberty Life Assurance Company of Boston |

Dated:   April 29, 2013