# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| YOLANDA ROBINSON, | : | 1:13-cv-0602 |
| | : | |
| Plaintiff, | : | Hon. John E. Jones III |
| | : | |
| v. | : | |
| | : | |
| LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, | : | |
| | : | |
| Defendant. | : | |

## ORDER

### June 11, 2014

In accordance with the Memorandum issued on today's date, it is hereby

**ORDERED** that:

1. Plaintiff's Motions for Summary Judgment (Doc. 24) is **DENIED**.

2. Defendant's Motion for Summary Judgment (Doc. 27) is **GRANTED** and **JUDGMENT** is entered in favor of Defendant.

3. The Clerk of Court is directed to **CLOSE** the file on this case.

s/ John E. Jones III
John E. Jones III
United States District Judge